

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-14-00116-CR &
06-14-00117-CR

JOSEPH JOHN GRUBBS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Nos. 29,417 & 29,725

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Julie Vrooman recorded the trial court proceedings in cause numbers 06-14-00116-CR and 06-14-00117-CR, styled *Joseph John Grubbs v. The State of Texas*, trial court cause numbers 29,417 and 29,725, in the 354th Judicial District Court of Hunt County, Texas. The reporter's records were originally due in these matters October 31, 2014. This deadline was extended twice by this Court on Vrooman's request, resulting in the most recent due date of January 2, 2015. Vrooman has now filed a third request seeking an additional extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the records in these cases are filed in a reasonable amount of time.

Therefore, we overrule Vrooman's third request for an extension of the filing deadline and hereby order her to file the reporter's records in cause numbers 06-14-00116-CR and 06-14-00117-CR, styled *Joseph John Grubbs v. The State of Texas*, trial court cause numbers 29,417 and 29,725, in the 354th Judicial District Court of Hunt County, Texas, to be received by this Court no later than Monday, February 2, 2015.

If the records are not received by February 2, we warn Vrooman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   January 14, 2015